UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Cornejo-Flores, Roberto | Docket No. | 0980 4:19CR06018-EFS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Roberto Cornejo-Flores, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Edward F. Shea sitting in the court at Richland, Washington, on the 20th day of August 2019, under the following conditions:

Standard Condition #9: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Mr. Cornejo-Flores is alleged to be in violation of his pretrial release conditions by using non-prescribed medication codeine/morphine on February 21, 2021.

Upon release onto pretrial supervision, Mr. Cornejo-Flores returned to his home in California. He is currently being supervised by the Central District of California. Conditions of pretrial release were reviewed by the Central District of California, and signed by Mr. Cornejo-Flores on August 26, 2019, acknowledging an understanding of his pretrial release conditions including standard condition number 9.

On March 16, 2021, this officer was contacted via email by United States Probation Officer (USPO) Ries. USPO Ries is the assigned supervising officer in the Central District of California. Per USPO Ries, Mr. Cornejo-Flores submitted a random urine sample on February 21, 2021, which tested presumptive positive for opiates. The random urine sample was sent to Abbott Laboratory for confirmation. Results were received on March 12, 2021, confirming a positive reading for codeine/morphine. According to email correspondence between USPO Ries and Mr. Cornejo-Flores, Mr. Cornejo-Flores stated his wife had been giving him her prescribed medication for "bad headaches" he was having not knowing they contained codeine. According to USPO Ries, Mr. Cornejo-Flores was admonished for taking his wife's prescribed medication. Mr. Cornejo-Flores advised he would not take them any longer.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: March 17, 2021 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8

Re: Cornejo-Flores,, Roberto
March 17, 2021
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Edward F. Shea_
Signature of Judicial Officer

March 18, 2021
Date